Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 2,
2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed May 2, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00326-CV

____________

 

IN RE DENNIS GREGORY DODSON, II, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On April 11, 2006, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition, relator
asked this court to compel the Honorable Kenneth Keeling, presiding judge of
the 278th District Court of Grimes County, to hold a hearing on relator=s motion for bail, motion for new trial, motion for community
service, and motion Ademanding compliance with Texas ministerial duties.@ 


Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed May 2, 2006.

Panel consists of
Chief Justice Hedges, Justices Yates and Guzman.